UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA



Mark A. Jackson         3545108
One O'Hanlon Pl. Barboursville WV. 25504
 or
2666 Guyan Ave, Huntington WV. 25701
Phone: 304-939-3271 or 304-207-2795

*(Enter above the full name of the plaintiff or plaintiffs in this action).*   *(Inmate Reg. # of each Plaintiff)*

**VERSUS**     **CIVIL ACTION NO.** 3:25-cv-00704
*(Number to be assigned by Court)*

W.V. State Police Four Unknown officers
Huntington Police Dept. Six Unknown officers

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No __X__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Western Regional Jail

   A. Is there a prisoner grievance procedure in this institution?

   Yes _____    No __✓__

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes _____    No __X__

   C. If you answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

   D. If your answer is NO, explain why not: I was in constody when attacked by officers in my home

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

   A. Name of Plaintiff: Mark Jackson

   Address: One O'Hanlon Pl.

   B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Unknow officers

is employed as: Officer W. State Police 6661

at Rt 60 Headquarters Huntington, WV 25702

D. Additional defendants: Huntington Police Dept
675 10th St Huntington WV 25701
Unknown officers

IV. **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Oct. 10th estimated 2025 four unknown officers with WV State Police and six unknown Huntington PD offices entered APT rear of guyan Ave with out annoucing there self enter while hands in air (mine) held at gun point threaten to kill me grab my left wrist threw me to ground kicking, kneeing me in face, ribs, kicking my legs/stomping my legs and back while

4

**IV. Statement of Claim (continued):**

Cuffed Screaming Sorry, Help me please stop Sorry what I do WVSP apoligized said they shouldn't done that and said I was arm and dangers yet had no weapons and Should never acted in that manner apoligized admitted was in wrong said was lil to ruff So thats Protocall to beat suspects. Enter home without annoces there self Comes straight in threaten my life has no warrnt on houses Comes In beats on me Violation 4th Amendmen/9th Amendment Cruel an unusal Punishment.

**V. Relief**

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

Embarassment of been Kicked, Punched, Struck by a batan Jump on head 40 thousand to 80 thousand and Proper training to Law Enforcments on how to descalate the matter instead by threaten take your life. I fear for my life while round local authority tried report and ignored. Police brutality by HPD and WVSP sue both in official and individaul.

5

V. Relief (continued)):

Pay $40,000 - $80,000 Pain, Suffer etc.
Protect from officers involved in beating
Train officers to deal mental Health, and
look or consider training skills update and or
anger management.

VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

Mark Jackson And Caitlin Olivia Pennington

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes X    No ___

If so, state the name(s) and address(es) of each lawyer contacted:

Paul Stroebal Charleston WV

If not, state your reasons: ___

    C. Have you previously had a lawyer representing you in a civil action in this court?

Yes ___    No X

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_Mark Jackson_
_Mark A Jackson_
_One O'Hanlon Place_
_Barboursville WVa. 25504_
_Mark Jackson_
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Nov. 14th, 2025_.
(Date)

_Mark Jackson_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

2ND Mailing Address
2666 Guyan Ave
Huntington WV. 25701
Attn: Caitlin Pennington WV.